IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN ANDREW MYCHLYK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-2334 |
| | : | |
| MICHAEL J. ASTRUE | : | |

## ORDER

**AND NOW,** this 22nd day of November, 2010, upon consideration of the Plaintiff's Application for Judicial Review (Document No. 8), the defendant's response (Document No. 9), the plaintiff's objections (Document No. 14), and after a thorough and independent review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

      /Timothy J. Savage
    TIMOTHY J. SAVAGE, J.